**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Julio Meza LIZZARAGA, Defendant—Appellant.**

No. 03–50159.

D.C. No. CR–01–00865–NM–03.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 15, 2004.*

Decided Dec. 1, 2004.

Before LEAVY, McKEOWN, and BERZON, Circuit Judges.

MEMORANDUM**

Julio Meza Lizzaraga appeals his guilty-plea conviction and 120–month sentence for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Lizzaraga has filed a brief stating there are no grounds for relief and a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief. Because we conclude that the appeal waiver is valid, counsel's motion to withdraw is **GRANTED** and the appeal is **DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.